**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**NORRIS C. GREEN (# 30707)**                                             **PLAINTIFF**

**v.**                                             **No. 4:06CV186-P-A**

**REBECCA BLOUNT, ET AL.**                                          **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant case is hereby **DISMISSED** with prejudice as frivolous, counting as a "strike" under 28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).

**SO ORDERED,** this the 1st day of February, 2007.

                                                                        /s/ W. Allen Pepper, Jr.
                                                                        W. ALLEN PEPPER, JR.
                                                                        UNITED STATES DISTRICT JUDGE